Nicole N. Golob (SBN 190444)
E-Mail: ngolob@fisherphillips.com
FISHER & PHILLIPS LLP
21600 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 230-4250
Facsimile:   (818) 230-4251

Rassa L. Ahmadi (SBN 287576)
E-Mail: rahmadi@fisherphillips.com
Keith R. Rossman (SBN 318189)
E-Mail: krossman@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone:  (213) 330-4500
Facsimile:   (213) 330-4501

Attorneys for Defendants
INTREPID STUDIOS, INC., RYAN OGDEN,
AARON BARTELS, THERESA FETTE,
ROBERT D. DAWSON, and TFE GAMES
HOLDINGS, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BURDECKI and ZAKARAY STRANGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTREPID STUDIOS, INC., STEVEN SHARIF, RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON and TFE GAMES HOLDING, LLC,<br><br>Defendants. | CASE NO.: 3:26-cv-00728-AGS-JLB<br><br>*US District Judge Andrew G. Schopler*<br>*Judge Magistrate Jill L. Burkhardt*<br><br>**DEFENDANT TFE GAMES HOLDINGS, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO CIVIL L.R. 40.2 AND F.R.C.P. 7.1**<br><br>Complaint Filed:    February 5, 2026<br>Trial Date:          None set |

1

DEFENDANT TFE GAMES HOLDINGS, LLC'S NOTICE OF PARTY WITH FINANCIAL
INTEREST PURSUANT TO CIVIL L.R. 40.2 AND F.R.C.P. 7.1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 40.2 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant TFE Games Holdings, LLC certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Jacob Burdecki, a plaintiff in this action;

2. Zakaray Strange, a plaintiff in this action;

3. Raisner Roupinian LLP, counsel of record for Plaintiffs, Jacob Burdecki and Zakaray Strange;

4. Steven Sharif, a defendant in this action;

5. Intrepid Studios, Inc., a defendant in this action;

6. TFE Games Holdings, LLC, a defendant in this action. TFE Games Holdings, LLC has no parent corporation. No publicly held corporation owns ten percent (10%) or more of any stock or other ownership interest in TFE Games Holdings, LLC;

7. Ryan Odgen, a defendant in this action;

8. Aaron Bartels, a defendant in this action;

9. Theresa Fette, a defendant in this action;

10. Robert B. Dawson, a defendant in this action.

11. Fisher & Phillips LLP, counsel of record for defendants Intrepid Studios, Inc., TFE Games Holdings, LLC, Ryan Ogden, Aaron Bartels, Theresa Fette, and Robert B. Dawson.

/ / /

/ / /

/ / /

/ / /

DEFENDANT TFE GAMES HOLDINGS, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO CIVIL L.R. 40.2 AND F.R.C.P. 7.1

FP 64013471.1

Dated:  May 20, 2026                FISHER & PHILLIPS LLP


By: */s/ Rassa L. Ahmadi*
    Nicole N. Golob
    Rassa L. Ahmadi
    Keith R. Rossman
    Attorneys for Defendants
    INTREPID STUDIOS, INC., RYAN OGDEN,
    AARON BARTELS, THERESA FETTE,
    ROBERT D. DAWSON, and TFE GAMES
    HOLDINGS, LLC

DEFENDANT TFE GAMES HOLDINGS, LLC'S NOTICE OF PARTY WITH FINANCIAL
INTEREST PURSUANT TO CIVIL L.R. 40.2 AND F.R.C.P. 7.1

FP 64013471.1

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP and its business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On May 21, 2026, I served the following document entitled **DEFENDANT TFE GAMES HOLDINGS, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO CIVIL L.R. 40.2 AND F.R.C.P. 7.1** on all the appearing and/or interested parties in this action as follows:

Gail C. Lin
RAISNER ROUPINIAN LLP
2945 Townsgate Road, Suite 200
Westlake Village, California 91361
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
E-Mail: gcl@raisnerroupinian.com

Attorneys for Plaintiffs
JACOB BURDECKI and ZAKARY STRANGE, on behalf of themselves and all others similarly situated

Jack A. Raisner (pro hac vice forthcoming)
René S. Roupinian (pro hac vice forthcoming)
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile: (212) 221-1747
E-Mail: jar@raisnerroupinian.com
E-Mail: rsr@raisnerroupinian.com

Attorneys for Plaintiffs
JACOB BURDECKI and ZAKARY STRANGE, on behalf of themselves and all others similarly situated

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by ELECTRONIC SERVICE]** - Pursuant to an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the State of California at whose direction the service was made.

Executed on May 21, 2026, at Los Angeles, California.

*/s/ Francine Stinnett*
Francine Stinnett

1
CERTIFICATE OF SERVICE