Peter B. Maretz (SBN 144826)
Oswaldo X. Calvachi (SBN 336680)
JACKSON LEWIS P.C.
225 Broadway, Suite 1800
San Diego, California 92101
Telephone:  (619) 573-4900
Facsimile:   (619) 573-4901
Peter.Maretz@jacksonlewis.com
Oswaldo.Calvachi@jacksonlewis.com

Attorneys for Defendant
STEVEN SHARIF

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BURDECKI and ZAKARY STRANGE, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>        v.<br><br>INTREPID STUDIOS, INC., STEVEN SHARIF, RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON, and TFE GAMES HOLDING, LLC,<br><br>            Defendants. | Case No.:  3:26-cv-00728-AGS-JLB<br><br>**NOTICE OF APPEARANCE OF ATTORNEY PETER B. MARETZ**<br><br><br>Judge:              Andrew G. Schopler<br>Magistrate Judge:   Jill L. Burkhardt<br><br>Complaint filed:     February 5, 2026<br>Trial Date:          Not Assigned |

CASE NO. 3:26-cv-00728-AGS-JLB
NOTICE OF APPEARANCE OF ATTORNEY PETER B. MARETZ

**TO THIS COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Peter B. Maretz (SBN 144826) enters his appearance as counsel of record in this matter for Defendant STEVEN SHARIF ("Defendant"). Peter B. Maretz is employed by Jackson Lewis P.C., counsel of record for Defendant in this action. Peter B. Maretz is admitted to practice in the Southern District of California. Defendant requests that Peter B. Maretz is added to the service list for all court filings served in this case via the Court's CM/ECF system and that all further notices, communications, and other material relevant to this action, from the Court and from other parties should be directed to:

Peter B. Maretz (SBN 144826)
JACKSON LEWIS P.C.
225 Broadway, Suite 1800
San Diego, California  92101
Telephone:  (619) 573-4900
Facsimile:  (619) 573-4901
Email:  Peter.Maretz@jacksonlewis.com

DATED:  June 10, 2026                    JACKSON LEWIS P.C.

By: _____
Peter B. Maretz
Oswaldo X. Calvachi

Attorney for Defendant
STEVEN SHARIF

CASE NO. 3:26-cv-00728-AGS-JLB
NOTICE OF APPEARANCE OF ATTORNEY PETER B. MARETZ

<u>**CERTIFICATE OF SERVICE**</u>

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA**

**CASE NAME:**   Jacob Burdecki and Zakary Strange, v. Intrepid Studios, Inc., et al.

**CASE NO.:**   3:26-cv-00728-AGS-JLB

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is: 225 Broadway, Suite 1800, San Diego, CA 92101.

On **June 10, 2026,** I served the following document(s) described as:

- **NOTICE OF APPEARANCE OF ATTORNEY PETER B. MARETZ**

on the parties in this action listed below in the manner designated below:

*Attorneys for Plaintiffs Jacob Burdecki and Zakary Strange*

Gail C. Lin
**Raisner Roupinian LLP**
Westlake Village
2945 Townsgate Rd, Suite 200
Westlake Village, CA 91361
212-221-1747
Email:
gcl@raisnerroupinian.com
jar@raisnerroupinian.com
rsr@raisnerroupinian.com

*Attorneys for Defendants Intrepid Studios, Inc., Ryan Ogden, Aaron Bartels, Theresa Fette, Robert D. Dawson and TFE Games Holding, LLC*

Keith R. Rossman
**Fisher Phillips**
444 South Flower Street
Suite 1500
Los Angeles, CA 90071
213-402-9584
Email: krossman@fisherphillips.com

**[X]**   **E-MAIL:** I served the document(s) listed above via electronic mail (e-mail) to the electronic notification address(es) set forth above on this date. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[X]**   **FEDERAL** - I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

CASE NO. 3:26-cv-00728-AGS-JLB
CERTIFICATE OF SERVICE

Executed on **June 10, 2026**, at San Diego, California.

_Liliana Ramos_
Liliana Ramos

CASE NO. 3:26-cv-00728-AGS-JLB
CERTIFICATE OF SERVICE