Peter B. Maretz (SBN 144826)
Oswaldo X. Calvachi (SBN 336680)
JACKSON LEWIS P.C.
225 Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
Email: Peter.Maretz@jacksonlewis.com
Oswaldo.Calvachi@jacksonlewis.com

Attorneys for Defendant
STEVEN SHARIF

Gail C. Lin (SBN 212334)
RAISNER ROUPINIAN LLP
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone: (212) 221-1747
Fax:         (212) 221-1747
Email: gcl@raisnerroupinian.com

Jack A. Raisner (*admitted pro hac vice*)
René S. Roupinian (*admitted pro hac vice*)
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, NY 10016
Telephone: (212) 221-1747
Fax:         (212) 221-1747
Email: jar@raisnerroupinian.com
Email: rsr@raisnerroupinian.com

Attorneys for Plaintiffs
JACOB BURDECKI and
ZAKARY STRANGE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BURDECKI and ZAKARY STRANGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTREPID STUDIOS, INC., STEVEN SHARIF, RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON, and TFE GAMES HOLDING, LLC,<br><br>Defendants. | Case No.: 3:26-cv-00728-AGS-VET<br><br>**JOINT STIPULATION AND MOTION TO EXTEND DEFENDANT STEVEN SHARIF'S DATE FOR FILING RESPONSIVE PLEADING**<br><br>Judge: Andrew G. Schopler<br>Magistrate Judge: Valerie E. Torres<br><br>Complaint filed: February 5, 2026<br>Trial Date:         Not Assigned |

1

Case No.:  3:26-cv-00728-AGS-JLB

**JOINT STIPULATION TO CONTINUE DEFENDANT STEVEN SHARIF'S DATE FOR FILING RESPONSIVE PLEADING**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

COMES NOW Plaintiffs JACOB BURDECKI and ZAKARY STRANGE ("Plaintiffs") and Defendant STEVEN SHARIF ("Defendant") (collectively, the "Parties"), through their undersigned counsel, hereby submit the following joint stipulation and motion to extend the time for Defendant to file a responsive pleading from July 8, 2026, to July 16, 2026, pursuant to Civil Rule 7.2 and 12.1:

WHEREAS, on February 5, 2026, Plaintiffs filed their Complaint in the above-referenced action;

WHEREAS, on February 20, 2026, Plaintiffs filed their First Amended Complaint ("FAC") in the above-referenced action;

WHEREAS, on April 8, 2026, Defendant agreed to waive service of summons and returned to Plaintiff a fully-executed Waiver of Service of Summons, making Defendant's responsive pleading to the FAC due on June 8, 2026;

WHEREAS, on May 26, 2026, the Parties began to meet and confer regarding the claims and defenses at issue in this action, including asserted pleading deficiencies ;

WHEREAS, on June 1, 2026, the Parties continued to meet and confer in good faith regarding whether Defendant will file a motion under FRCP 12(b)(6), and whether amendment may obviate the need for such motion practice;

WHEREAS, on June 5, 2026, the Parties submitted a joint stipulation and motion to continue Defendant's responsive pleading deadline to July 8, 2026;

WHEREAS, on June 8, 2026, the Court granted that request, and Defendant's current deadline to submit a responsive pleading is July 8, 2026;

WHEREAS, on June 18, 2026, Plaintiffs and Defendants INTREPID STUDIOS, INC., RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON, AND TFE GAMES HOLDINGS, LLC (collectively, the "FP Defendants"), submitted a joint motion and stipulation to continue the FP Defendants deadline to respond to Plaintiffs' FAC from June 29, 2026, to July 16, 2026;

2

**JOINT STIPULATION TO CONTINUE DEFENDANT STEVEN SHARIF'S DATE FOR FILING RESPONSIVE PLEADING**

WHEREAS, on June 22, 2026, the Court granted Plaintiffs' and the FP Defendants' request, and the FP Defendants' current deadline to submit a responsive pleading is July 16, 2026;

WHEREAS, Plaintiffs have proposed amendments to the pleadings in a proposed Second Amended Complaint ("SAC"), and the Parties are meeting and conferring regarding those proposed amendments.

WHEREAS, to conserve judicial resources and avoid unnecessary motion practice, the Parties agree that a brief extension of time for Defendant to respond to the FAC is appropriate;

WHEREAS, the Parties agree that Defendant should be granted a short extension of time to respond to the FAC so that Defendant's deadline to respond to the FAC is aligned with the deadline for the FP Defendants and the Parties can continue to meet and confer as to any outstanding issues related to the SAC;

WHEREAS, the Parties agree that there is good cause for this short extension of time and that no party to the action will be prejudiced by the extension; rather, it will promote judicial efficiency and conserve judicial resources.

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby stipulate that Defendant's deadline to respond to the FAC shall be on or before July 16, 2026.

**IT IS SO STIPULATED.**

Dated: July 7, 2026                    JACKSON LEWIS P.C.

By: _____
Peter B. Maretz
Oswaldo X. Calvachi
Attorney for Defendant
STEVEN SHARIF

3

Case No.:  3:26-cv-00728-AGS-JLB

**JOINT STIPULATION TO CONTINUE DEFENDANT STEVEN SHARIF'S DATE FOR FILING RESPONSIVE PLEADING**

Dated: July 7, 2026                     RAISNER ROUPINIAN LLP


By: ___/s/ Gail C. Lin_____

Gail C. Lin
Jack A. Raisner
René S. Roupinian

Attorneys for Plaintiffs
JACOB BURDECKI and
ZAKARY STRANGE

4

Case No.:  3:26-cv-00728-AGS-JLB

**JOINT STIPULATION TO CONTINUE DEFENDANT STEVEN SHARIF'S DATE FOR FILING RESPONSIVE PLEADING**

## <u>SIGNATURE ATTESTATION</u>

I hereby attest and certify that I have obtained counsel's authorization to affix their electronic signature to this document and that all other signatories listed, and on whose behalf the filing is submitted concur, in the filing's content.

Dated: July 7, 2026

_____

Oswaldo X. Calvachi

Case No.:  3:26-cv-00728-AGS-JLB

**JOINT STIPULATION TO CONTINUE DEFENDANT STEVEN SHARIF'S DATE FOR FILING RESPONSIVE PLEADING**