Nicole N. Golob (SBN 190444)
E-Mail: ngolob@fisherphillips.com
FISHER & PHILLIPS LLP
21600 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 230-4250
Facsimile:  (818) 230-4251

Rassa L. Ahmadi (SBN 287576)
E-Mail: rahmadi@fisherphillips.com
Keith R. Rossman (SBN 318189)
E-Mail: krossman@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone:  (213) 330-4500
Facsimile:   (213) 330-4501

Attorneys for Defendants
INTREPID STUDIOS, INC., RYAN OGDEN,
AARON BARTELS, THERESA FETTE,
ROBERT D. DAWSON, and TFE GAMES
HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BURDECKI and ZAKARAY STRANGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTREPID STUDIOS, INC., STEVEN SHARIF, RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON and TFE GAMES HOLDING, LLC,<br><br>Defendants. | CASE NO.: 3:26-cv-00728-AGS-JLB<br><br>*US District Judge Andrew G. Schopler*<br>*Judge Magistrate Jill L. Burkhardt*<br><br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br><br><br>Complaint Filed:    February 5, 2026<br>Trial Date:           None set |

1

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

FP 64891469.1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

In conformance with Local Rule 12.1 and Fed. R. Civ. P. 6(b)(1)(B), Plaintiffs JACOB BURDECKI and ZAKARY STRANGE ("Plaintiffs") and Defendants INTREPID STUDIOS, INC. ("Intrepid Studios"), RYAN OGDEN ("Ogden"), AARON BARTELS ("Bartels"), THERESA FETTE ("Fette"), ROBERT D. DAWSON ("Dawson") and TFE GAMES HOLDINGS, LLC ("TFE Games") (collectively, the "FP Defendants"), by and through their undersigned counsel, the Parties submit this joint motion, and stipulate to continue the FP Defendant's deadline to respond to Plaintiffs' operative First Amended Class Action Complaint ("FAC") from July 16, 2026 to July 23, 2026.

Good cause exists for the requested further extension because Plaintiffs and the FP Defendants are meeting and conferring regarding Plaintiffs' proposed amendments to their FAC and the possibility of filing a Second Amended Complaint ("SAC"). The requested extension will allow the Parties additional time to complete those discussions and will promote efficiency by avoiding unnecessary motion practice or responsive pleadings that may be affected by Plaintiffs' proposed amendments.

WHEREAS, on February 5, 2026, Plaintiffs filed the Complaint in this action against Intrepid Studios, alleging four causes of action on a putative class action basis for: (1) Violation of WARN Act 29 U.S.C. § 29 U.S.C. 2101, et seq., (2) Violation of California Labor Code § 1400 et seq., (3) Violation of California Labor Code § 201 et seq., and (4) Violation of Ohio Revised Code § 4113.15. (Declaration of Rassa L. Ahmadi ("Ahmadi Decl."), ¶ 2.)

WHEREAS, on February 20, 2026, Plaintiffs filed the FAC, alleging the same four causes of action and naming five additional defendants: Steven Sharif, Ogden, Bartels, Fette, Dawson and TFE Games. (Ahmadi Decl., ¶ 3.)

WHEREAS, on March 6, 2026, Plaintiffs served the FAC on TFE Games. (Id., ¶ 4.)

WHEREAS Fisher & Phillips LLP ("FP") is counsel of record for Defendants Intrepid Studios, Ogden, Bartels, Fette and Dawson and TFE Games.

WHEREAS, on April 30, 2026, Plaintiffs served Waiver of Summons forms on Intrepid Studios, Ogden, Bartels, Fette and Dawson; thus, pursuant to Fed. R. Civ. P. 12(a)(1)(a)(i), June 29, 2026, is their deadline to respond to the FAC. (*Id.*, ¶ 8.)

WHEREAS, on May 5, 2026, FP provided executed Waiver of Summons for Intrepid Studios, Ogden, Bartels, Fette and Dawson to Plaintiffs' counsel. (*Id.*, ¶ 9.)

WHEREAS, on May 21, 2026, Plaintiff and the FP Defendants submitted a joint motion and stipulation to continue TFE Games' responsive pleading deadline to June 29, 2026, so that TFE Games' deadline to respond to the FAC aligned with the deadline for the other FP Defendants. (*Id.*, ¶ 10; DKT 10, 10-1.)

WHEREAS, on May 22, 2026, the Court granted that request, and the FP Defendants' current deadline to answer, move, or otherwise respond to the FAC is June 29, 2026. (*Id.*, ¶ 11; DKT 13.)

WHEREAS, Plaintiffs have proposed amendments to the pleadings in a proposed SAC. (*Id.*, ¶ 12.) Plaintiffs and the FP Defendants are meeting and conferring regarding those proposed amendments. (*Id.*)

WHEREAS, the Parties agree that a further extension of the FP Defendants' responsive pleading deadline from July 16, 2026 to July 23, 2026 is warranted to allow Plaintiffs and the FP Defendants additional time to meet and confer regarding Plaintiffs' proposed SAC and to determine whether the FP Defendants will consent to the amendment and whether the proposed amendments may affect the FP Defendants' response to the operative pleading. (*Id.*, ¶ 13.)

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their counsel of record, as follows:

1. The deadline for the FP Defendants to answer, move, or otherwise respond to Plaintiffs' FAC is continued from July 16, 2026 to July 23, 2026.

2. If Plaintiff files a SAC prior to July 23, 2026 with FP Defendants' consent, the FP Defendants' responsive pleading deadline shall be reset upon filing and service of the SAC.

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

FP 64891469.1

3.      Nothing in this stipulation shall be construed as a waiver of any rights of any Party. The Parties expressly preserve any and all defenses, objections, motions, and arguments that may be available under Federal Rule of Civil Procedure 12 or any other applicable law.

4.      All other deadlines in this action, including any scheduling conference, Rule 26(f) conference, and initial disclosure deadline, are not affected by the FP Defendants' new responsive pleading deadline of July 23, 2026.

Dated: July 8, 2026                    FISHER & PHILLIPS LLP


By: */s/ Keith R. Rossman*
      Nicole N. Golob
      Rassa L. Ahmadi
      Keith R. Rossman
      Attorneys for Defendants
      INTREPID STUDIOS, INC., RYAN OGDEN,
      AARON BARTELS, THERESA FETTE,
      ROBERT D. DAWSON, and TFE GAMES
      HOLDINGS, LLC


Dated: July 8, 2026                    RAISNER ROUPINIAN LLP


By: */s/ Gail C. Lin*
      Gail C. Lin
      Jack A. Raisner
      René S. Roupinian
      Attorneys for Plaintiffs
      JACOB BURDECKI and ZAKARY STRANGE,
      on behalf of themselves and all others similarly
      situated

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

FP 64891469.1

# **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATE:  July 8, 2026                    FISHER & PHILLIPS LLP


By:    */s/ Keith R. Rossman*
        Keith R. Rossman
        Attorney for Defendants
        INTREPID STUDIOS, INC., RYAN
        OGDEN, AARON BARTELS,
        THERESA FETTE, ROBERT D.
        DAWSON, and TFE GAMES
        HOLDINGS, LLC

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP and its business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On July 8, 2026, I served the following document entitled **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** on all the appearing and/or interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

☐ **[by MAIL]** – I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice the enclosed document(s) will be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by PERSONAL SERVICE]** – I caused the enclosed document(s) to be delivered by messenger by hand to the office(s) of the person(s) whose addressee(s) are listed above. The messenger, employed by [        ] at [            ], is over the age of 18 years and not a party to this action.

☐ **[by ELECTRONIC SERVICE]** - Pursuant to an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the State of California at whose direction the service was made.

Executed on July 8, 2026, at Los Angeles, California.

*/s/ Francine Stinnett*
Francine Stinnett

1
JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

FP 64891469.1

Gail C. Lin
RAISNER ROUPINIAN LLP
2945 Townsgate Road, Suite 200
Westlake Village, California 91361
Telephone: (212) 221-1747
Facsimile:  (212) 221-1747

Attorneys for Plaintiffs
JACOB BURDECKI and ZAKARY
STRANGE, on behalf of themselves
and all others similarly situated

E-Mail: gcl@raisnerroupinian.com

Jack A. Raisner
René S. Roupinian
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile:  (212) 221-1747

Attorneys for Plaintiffs
JACOB BURDECKI and ZAKARY
STRANGE, on behalf of themselves
and all others similarly situated

E-Mail: jar@raisnerroupinian.com
E-Mail: rsr@raisnerroupinian.com

Peter B. Maretz
JACKSON LEWIS
225 Broadway, Suite 1800
San Diego, California 92101
Telephone:  (619) 573-4900

Attorney for Defendant
STEVEN SHARIF

E-Mail:
peter.maretz@jacksonlewis.com

2
JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

FP 64891469.1