Nicole N. Golob (SBN 190444)
E-Mail: ngolob@fisherphillips.com
FISHER & PHILLIPS LLP
21600 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 230-4250
Facsimile:   (818) 230-4251

Rassa L. Ahmadi (SBN 287576)
E-Mail: rahmadi@fisherphillips.com
Keith R. Rossman (SBN 318189)
E-Mail: krossman@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone:  (213) 330-4500
Facsimile:   (213) 330-4501

Attorneys for Defendants
INTREPID STUDIOS, INC., RYAN OGDEN,
AARON BARTELS, THERESA FETTE,
ROBERT D. DAWSON, and TFE GAMES
HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BURDECKI and ZAKARAY STRANGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTREPID STUDIOS, INC., STEVEN SHARIF, RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON and TFE GAMES HOLDING, LLC,<br><br>Defendants. | CASE NO.: 3:26-cv-00728-AGS-JLB<br><br>*US District Judge Andrew G. Schopler*<br>*Judge Magistrate Jill L. Burkhardt*<br><br>**DECLARATION OF RASSA L. AHMADI IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:        February 5, 2026<br>Trial Date:                None set |

1

DECLARATION OF RASSA L. AHMADI IN SUPPORT OF JOINT MOTION FOR
EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT

FP 64891599.1

## <u>DECLARATION OF RASSA L. AHMADI</u>

I, Rassa L. Ahmadi, declare as follows:

1.      I am an attorney at law, licensed to practice in the State of California and before this Court. I am a partner at Fisher & Phillips LLP, counsel of record for Defendants INTREPID STUDIOS, INC., RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON, and TFE GAMES HOLDINGS, LLC ("Defendants") in the above-captioned matter. I make this declaration in support of the parties' Joint Motion and Stipulation For Extension of Deadline to Respond to Complaint. Based on my personal knowledge, I assert the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2.      On February 5, 2026, Plaintiff filed the Complaint in this action against Intrepid Studios, alleging four causes of action on a putative class action basis for: (1) Violation of WARN Act 29 U.S.C. § 29 U.S.C. 2101, et seq., (2) Violation of California Labor Code § 1400 et seq., (3) Violation of California Labor Code § 201 et seq., and (4) Violation of Ohio Revised Code § 4113.15.

3.      On February 20, 2026, Plaintiff filed the FAC, alleging the same four causes of action and adding five new defendants: STEVEN SHARIF, Ogden, Bartels, Fette, Dawson and TFE Games.

4.      On March 6, 2026, Plaintiffs served TFE Games with the FAC, meaning that TFE Games deadline to respond to the FAC was March 27, 2026.

5.      On March 27, 2026, Intrepid Studios retained Fisher & Phillips LLP ("FP") as its counsel of record, and FP informed Plaintiffs' counsel of its representation of Intrepid Studios and potential representation of Ogden, Bartels, Fette, and Dawson.

6.      Thereafter, TFE Games also requested representation by FP, and FP evaluated whether it could jointly represent the FP Defendants. On April 30, 2026, FP confirmed its representation of the FP Defendants to Plaintiffs' counsel.

/ / /

/ / /

DECLARATION OF RASSA L. AHMADI IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT

FP 64891599.1

7.   While FP evaluated and confirmed its representation of the FP Defendants, the Parties met and conferred regarding the FP Defendants' responsive pleading deadlines, including TFE Games's deadline to respond to the FAC.

8.   On April 30, 2026, Plaintiffs served Waiver of Summons forms on Intrepid Studios, Ogden, Bartels, Fette and Dawson; thus, pursuant to Fed. R. Civ. P. 12(a)(1)(a)(i), June 29, 2026, is their deadline to respond to the FAC.

9.   On May 5, 2026, FP provided executed Waiver of Summons for Intrepid Studios, Ogden, Bartels, Fette and Dawson to Plaintiffs' counsel.

10.   On May 21, 2026, Plaintiff and the FP Defendants submitted a joint motion and stipulation to continue TFE Games' responsive pleading deadline to June 29, 2026, so that TFE Games' deadline to respond to the FAC aligned with the deadline for the other FP Defendants. (DKT 10, 10-1.)

11.   On May 22, 2026, the Court granted that request, and the FP Defendants' current deadline to answer, move, or otherwise respond to the FAC is June 29, 2026. (DKT 13.)

12.   Plaintiffs have proposed amendments to the pleadings in a proposed SAC. Plaintiffs and the FP Defendants are meeting and conferring regarding those proposed amendments.

13.   The Parties agree that a further extension of the FP Defendants' responsive pleading deadline from July 16, 2026 to July 23, 2026 is warranted to allow Plaintiffs and the FP Defendants additional time to meet and confer regarding Plaintiffs' proposed SAC and to determine whether the proposed amendments may affect the FP Defendants' response to the operative pleading.

Executed on this 8th of July, 2026, at Los Angeles, California.


/s/ Rassa L. Ahmadi
RASSA L. AHMADI

3

DECLARATION OF RASSA L. AHMADI IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT

FP 64891599.1

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the within action.  I am employed with the law offices of Fisher & Phillips LLP and its business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On July 8, 2026, I served the following document entitled **DECLARATION OF RASSA L. AHMADI IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT** on all the appearing and/or interested parties in this action as follows:

**<u>SEE ATTACHED SERVICE LIST</u>**

☒  **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐  **[by ELECTRONIC SERVICE]** - Pursuant to an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the State of California at whose direction the service was made.

Executed on July 8, 2026, at Los Angeles, California.

*/s/ Francine Stinnett*
Francine Stinnett

DECLARATION OF RASSA L. AHMADI IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT

FP 64891599.1

## *SERVICE LIST*

Gail C. Lin
RAISNER ROUPINIAN LLP
2945 Townsgate Road, Suite 200
Westlake Village, California 91361
Telephone: (212) 221-1747
Facsimile:  (212) 221-1747

Attorneys for Plaintiffs
JACOB BURDECKI and ZAKARY
STRANGE, on behalf of themselves and all
others similarly situated

E-Mail: gcl@raisnerroupinian.com

Jack A. Raisner
René S. Roupinian
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Facsimile:  (212) 221-1747

JACOB BURDECKI and ZAKARY
STRANGE, on behalf of themselves and all
others similarly situated

E-Mail: jar@raisnerroupinian.com
E-Mail: rsr@raisnerroupinian.com

Peter B. Maretz
JACKSON LEWIS
225 Broadway, Suite 1800
San Diego, California 92101
Telephone:  (619) 573-4900

Attorney for Defendant
STEVEN SHARIF

E-Mail: peter.maretz@jacksonlewis.com

5

DECLARATION OF RASSA L. AHMADI IN SUPPORT OF JOINT MOTION FOR
EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT

FP 64891599.1