# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Jacob Burdecki and Zakary Strange, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

Intrepid Studios, Inc., Steven Sharif, Ryan Ogden, Aaron Bartels, Theresa Fette, Robert D. Dawson, And TFE Games Holding, LLC,

    Defendants.

CASE NO. 3:26-cv-00728-AGS-JLB

*US District Judge Andrew G. Schopler*
*Judge Magistrate Valerie E. Torres*

**STIPULATION REGARDING CONSENT TO FILE SECOND AMENDED COMPLAINT AND DEADLINES TO RESPOND THERETO**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

COMES NOW Plaintiffs JACOB BURDECKI and ZAKARY STRANGE ("Plaintiffs") and Defendants INTREPID STUDIOS, INC., RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON, and TFE GAMES HOLDINGS, LLC ("the FP Defendants") and Defendant STEVEN SHARIF ("Defendant Sharif") (collectively, the FP Defendants and Defendant Sharif are the "Defendants") (collectively, the Defendants and Plaintiffs are the "Parties"), through their undersigned counsel, hereby submit the following joint stipulation regarding the filing of a second amended complaint in this action.

WHEREAS, on February 5, 2026, Plaintiffs filed their Complaint in the above-referenced action;

WHEREAS, on February 20, 2026, Plaintiffs filed their First Amended Complaint ("FAC") in the above-referenced action;

WHEREAS, under Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the opposing parties' written consent;

WHEREAS, Defendants consent to Plaintiffs filing a Second Amended Complaint ("SAC"), without waiving any rights and explicitly reserving all defenses, objections, motions and arguments that may be available under Federal Rule of Civil Procedure 12 or any other applicable law regarding the SAC;

WHEREAS, Plaintiffs consent to extending Defendants' deadline to respond to the SAC to thirty (30) days after it is filed;

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby stipulate that:

(1) Plaintiff will file the SAC;

(2) Defendants' deadline to respond to the SAC will be thirty (30) days from the filing of the SAC; and

(3) Defendants' deadlines to respond to the FAC are vacated.

**IT IS SO STIPULATED.**

Dated: July 16, 2026          RAISNER ROUPINIAN LLP

By: */s/ Gail C. Lin*
　　　Gail C. Lin
　　　Jack A. Raisner
　　　René S. Roupinian

　　　Attorneys for Plaintiffs
　　　JACOB BURDECKI and
　　　ZAKARY STRANGE

FP 65068672.1

Dated: July 16, 2026                FISHER & PHILLIPS LLP

_____

By: */s/ Keith R. Rossman*
      Nicole N. Golob
      Rassa L. Ahmadi
      Keith R. Rossman
      Attorneys for Defendants
      INTREPID STUDIOS, INC., RYAN
      OGDEN, AARON BARTELS, THERESA
      FETTE, ROBERT D. DAWSON, and TFE
      GAMES HOLDINGS, LLC


Dated: July 16, 2026                JACKSON LEWIS P.C.

By: */s/ Oswaldo X. Cavalchi*

      Peter B. Maretz
      Oswaldo X. Calvachi
      Attorneys for Defendant STEVEN SHARIF

-3-                                      3:26-cv-00728-AGS-JLB

FP 65068672.1

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action. I am employed with the law offices of Raisner Roupinian LLP and its business address is 270 Madison Avenue, Suite 1801 New York, New York 10016.

On July 16, 2026, I served the above document entitled on all the appearing and/or interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☐ **[by MAIL]** – I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice the enclosed document(s) will be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by PERSONAL SERVICE]** – I caused the enclosed document(s) to be delivered by messenger by hand to the office(s) of the person(s) whose addressee(s) are listed above. The messenger, employed by [       ] at [           ], is over the age of 18 years and not a party to this action.

☐ **[by ELECTRONIC SERVICE]** - Pursuant to an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the State of California at whose direction the service was made.

Executed on July 16, 2026, at New York, NY.

_/s/ Jenny Hoxha_
Jenny Hoxha

-4-

3:26-cv-00728-AGS-JLB
STIPULATION REGARDING CONSENT TO FILE SECOND AMENDED COMPLAINT

FP 65068672.1

# SERVICE LIST

Peter B. Maretz
E-Mail: peter.maretz@jacksonlewis.com
Oswaldo Cavaldi
E-Mail: oswaldo.Cavalchi@jacksonlewis.com
JACKSON LEWIS
225 Broadway, Suite 1800
San Diego, California 92101
Telephone:  (619) 573-4900

Attorney for Defendant
STEVEN SHARIF


Nicole N. Golob
E-Mail: ngolob@fisherphillips.com
FISHER & PHILLIPS LLP
21600 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 230-4250
Facsimile:   (818) 230-4251

Rassa L. Ahmadi
E-Mail: rahmadi@fisherphillips.com
Keith R. Rossman
E-Mail: krossman@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone:  (213) 330-4500
Facsimile:   (213) 330-4501

Attorneys for Defendants
INTREPID STUDIOS, INC., RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON, and TFE GAMES HOLDINGS, LLC

3:26-cv-00728-AGS-JLB

STIPULATION REGARDING CONSENT TO FILE SECOND AMENDED COMPLAINT

FP 65068672.1