Peter B. Maretz (SBN 144826)
Oswaldo X. Calvachi (SBN 336680)
JACKSON LEWIS P.C.
225 Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
Email: Peter.Maretz@jacksonlewis.com
Oswaldo.Calvachi@jacksonlewis.com

Attorneys for Defendant
STEVEN SHARIF

Gail C. Lin (SBN 212334)
RAISNER ROUPINIAN LLP
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone: (212) 221-1747
Fax: (212) 221-1747
Email: gcl@raisnerroupinian.com

Jack A. Raisner (*admitted pro hac vice)*
René S. Roupinian (*admitted pro hac vice)*
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, NY 10016
Telephone: (212) 221-1747
Fax: (212) 221-1747
Email: jar@raisnerroupinian.com
Email: rsr@raisnerroupinian.com

Attorneys for Plaintiffs
JACOB BURDECKI and
ZAKARY STRANGE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB BURDECKI and ZAKARY STRANGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTREPID STUDIOS, INC., STEVEN SHARIF, RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON, and TFE GAMES HOLDING, LLC,<br><br>Defendants. | Case No.: 3:26-cv-00728-AGS-VET<br><br>**JOINT STIPULATION AND MOTION TO EXTEND DEFENDANT STEVEN SHARIF'S DATE FOR FILING RESPONSIVE PLEADING TO SECOND AMENDED COMPLAINT**<br><br>Judge: Andrew G. Schopler<br>Magistrate Judge: Valerie E. Torres<br><br>Complaint filed: February 5, 2026<br>Trial Date: Not Assigned |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

COMES NOW Plaintiffs JACOB BURDECKI and ZAKARY STRANGE ("Plaintiffs") and Defendant STEVEN SHARIF ("Defendant") (collectively, the "Parties"), through their undersigned counsel, hereby submit the following joint stipulation and motion to extend the time for Defendant to file a responsive pleading from July 8, 2026, to July 16, 2026, pursuant to Civil Rule 7.2 and 12.1:

WHEREAS, on February 5, 2026, Plaintiffs filed their Complaint in the above-referenced action;

WHEREAS, on February 20, 2026, Plaintiffs filed their First Amended Complaint ("FAC") in the above-referenced action;

WHEREAS, on April 8, 2026, Defendant agreed to waive service of summons and returned to Plaintiff a fully-executed Waiver of Service of Summons, making Defendant's responsive pleading to the FAC due on June 8, 2026;

WHEREAS, on May 26, 2026, the Parties began to meet and confer regarding the claims and defenses at issue in this action, including asserted pleading deficiencies ;

WHEREAS, on June 1, 2026, the Parties continued to meet and confer in good faith regarding whether Defendant will file a motion under FRCP 12(b)(6), and whether amendment may obviate the need for such motion practice;

WHEREAS, on June 5, 2026, the Parties submitted a joint stipulation and motion to continue Defendant's responsive pleading deadline to July 8, 2026;

WHEREAS, on June 8, 2026, the Court granted that request, and Defendant's current deadline to submit a responsive pleading is July 8, 2026;

WHEREAS, on June 18, 2026, Plaintiffs and Defendants INTREPID STUDIOS, INC., RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON, AND TFE GAMES HOLDINGS, LLC (collectively, the "FP Defendants"), submitted a joint motion and stipulation to continue the FP Defendants deadline to respond to Plaintiffs' FAC from June 29, 2026, to July 16, 2026;

WHEREAS, on June 22, 2026, the Court granted Plaintiffs' and the FP Defendants' request, and the FP Defendants' current deadline to submit a responsive pleading is July 16, 2026;

WHEREAS, Plaintiffs have proposed amendments to the pleadings in a proposed Second Amended Complaint ("SAC"), and the Parties met and conferred regarding those proposed amendments.

WHEREAS, on July 7, 2026, the Parties jointly moved to extend Defendant's deadline to respond to the FAC from July 8, 2026, to July 16, 2026, and the Court granted the request on July 8, 2026;

WHEREAS, on July 10, 2026, Defendant consented to Plaintiffs' filing of a proposed SAC, while expressly preserving all rights, defenses, objections, and arguments concerning the SAC;

WHEREAS, on July 16, 2026, the Parties filed a Stipulation Regarding Consent to File SAC and Deadlines to Respond Thereto, which the Court granted on July 17, 2026;

WHEREAS, on July 20, 2026, Plaintiffs filed the SAC, which superseded the FAC as the operative pleading;

WHEREAS, the Parties agreed that Defendant's deadline to respond to the SAC would be 30 days after the SAC's filing, making Defendant's current responsive pleading deadline August 19, 2026;

WHEREAS, since Plaintiffs filed the SAC, the Parties have continued to meet and confer in good faith concerning the SAC's new allegations, potential further amendments, and whether motion to dismiss practice will be necessary;

WHEREAS, due to counsel's respective availability, the Parties cannot conduct the Zoom meet and confer required by the Court's Local Rules until August 31, 2026, at the earliest;

WHEREAS, to conserve judicial resources and avoid unnecessary motion practice, the Parties agree that a brief extension of time for Defendant to respond to the SAC is appropriate;

WHEREAS, the Parties agree that there is good cause for this short extension of time and that no party to the action will be prejudiced by the extension; rather, it will promote judicial efficiency and conserve judicial resources.

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby stipulate that Defendant's deadline to respond to the SAC shall be on or before September 14, 2026, two weeks after the Parties are able to conduct their Zoom meet and confer.

**IT IS SO STIPULATED.**

Dated: August 19, 2026

JACKSON LEWIS P.C.

By: ______________________________

Peter B. Maretz
Oswaldo X. Calvachi
Attorney for Defendant
STEVEN SHARIF

Dated: August 19, 2026

RAISNER ROUPINIAN LLP

By: *__/s/ Rene Roupinian__*

Gail C. Lin
Jack A. Raisner
René S. Roupinian

Attorneys for Plaintiffs
JACOB BURDECKI and
ZAKARY STRANGE

**SIGNATURE ATTESTATION**

I hereby attest and certify that I have obtained counsel's authorization to affix their electronic signature to this document and that all other signatories listed, and on whose behalf the filing is submitted concur, in the filing's content.

Dated: August 19, 2026

______________________________
Oswaldo X. Calvachi