Nicole N. Golob (SBN 190444)
E-Mail: ngolob@fisherphillips.com
FISHER & PHILLIPS LLP
21600 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 230-4250
Facsimile: (818) 230-4251

Rassa L. Ahmadi (SBN 287576)
E-Mail: rahmadi@fisherphillips.com
Keith R. Rossman (SBN 318189)
E-Mail: krossman@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendants
INTREPID STUDIOS, INC., RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON, and TFE GAMES HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BURDECKI and ZAKARY STRANGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTREPID STUDIOS, INC., STEVEN SHARIF, RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON and TFE GAMES HOLDING, LLC,<br><br>Defendants. | CASE NO.: 3:26-cv-00728-AGS-JLB<br><br>*US District Judge Andrew G. Schopler*<br>*Judge Magistrate Jill L. Burkhardt*<br><br>**SPECIALLY APPEARING TFE GAMES HOLDINGS, LLC 'S NOTICE OF MOTION TO QUASH SERVICE OF SUMMONS AND TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date: December 9, 2026<br>Time: 2:00 pm<br>Courtroom: 5C<br><br>SAC Filed: July 20, 2026<br>Trial Date: None set |

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on December 9, 2026, at 2:00 p.m., or soon thereafter as counsel may be heard in Courtroom 5C of the United States District Court, for the Southern District of California, 221 W. Broadway, San Diego, CA 92101, Defendant TFE GAMES HOLDINGS, LLC (hereafter "TFE") will and hereby does specially appear to move this Court for an order to Quash Service of Summons and to Dismiss for Lack of Personal Jurisdiction. Plaintiffs filed a Second Amended Complaint in California based on allegations against TFE, a shell entity that has no contacts in California but for the purchase of a California company's assets through a UCC Article 9 foreclosure sale that took place in Nevada, never effectuated, and was ultimately reversed. Accordingly, Plaintiffs attempt to raise claims against a corporate defendant, TFE, who has virtually no contacts with California, if any. As such, the Second Amended Complaint should be dismissed as against TFE for lack of personal jurisdiction.

Prior to filing this Motion, Counsel for TFE reached out to Counsel for Plaintiffs and asked that the Second Amended Complaint be dismissed as to TFE. *See* Declaration of Rassa L. Ahmadi at ¶ 2. Although TFE believes that Plaintiffs' legal claims against it are without merit, advised Plaintiffs that there was no jurisdiction in California, that they intended to file this Motion and that the Second Amended Complaint should be dismissed as to it, Plaintiffs have yet to agree to dismiss TFE and the parties have scheduled a video call for August 31, 2026 to discuss whether they will agree to dismiss TFE prior to the hearing of this motion. *Id.* at ¶3. To the extent that the Plaintiffs' Second Amended Complaint states claims upon which relief can be granted, these claims should be pursued either in the State Courts or United States District Courts of Nevada. Accordingly, the Court should grant this Motion to Quash and dismiss TFE from this action.

Dated: August 26, 2026

FISHER & PHILLIPS LLP

By: ______________________________

Nicole N. Golob
Rassa L. Ahmadi
Keith R. Rossman
Attorneys for Defendants
INTREPID STUDIOS, INC., RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON, and TFE GAMES HOLDINGS, LLC

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP and its business address is 21600 Oxnard Street, Suite 700, Woodland Hills, California 91367.

On August 26, 2026, I served the following document entitled **SPECIALLY APPEARING TFE GAMES HOLDINGS, LLC 'S NOTICE OF MOTION TO QUASH SERVICE OF SUMMONS AND TO DISMISS FOR LACK OF PERSONAL JURISDICTION** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Gail C. Lin<br>RAISNER ROUPINIAN LLP<br>2945 Townsgate Road, Suite 200<br>Westlake Village, California 91361<br>Telephone: (212) 221-1747<br>Facsimile: (212) 221-1747<br>E-Mail: gcl@raisnerroupinian.com | Attorneys for Plaintiffs<br>JACOB BURDECKI and ZAKARY STRANGE, on behalf of themselves and all others similarly situated |
| Jack A. Raisner (pro hac vice forthcoming)<br>René S. Roupinian (pro hac vice forthcoming)<br>RAISNER ROUPINIAN LLP<br>270 Madison Avenue, Suite 1801<br>New York, New York 10016<br>Telephone: (212) 221-1747<br>Facsimile: (212) 221-1747<br>E-Mail: jar@raisnerroupinian.com<br>E-Mail: rsr@raisnerroupinian.com | Attorneys for Plaintiffs<br>JACOB BURDECKI and ZAKARY STRANGE, on behalf of themselves and all others similarly situated |

☐ **[by MAIL]** – I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice the enclosed document(s) will be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by OVERNIGHT DELIVERY]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by FedEx. Under that practice such the enclosed document(s) will be deposited at a facility or pick-up box regularly maintained by FedEx for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by PERSONAL SERVICE]** – I caused the enclosed document(s) to be delivered by messenger by hand to the office(s) of the person(s) whose addressee(s) are listed above. The messenger, employed by [ ] at [ ], is over the age of 18 years and not a party to this action.

☐ **[by ELECTRONIC SERVICE]** - Pursuant to an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the State of California at whose direction the service was made.

Executed on August 26, 2026, at Los Angeles, California.

*/s/ Francine Stinnett*
Francine Stinnett