Nicole N. Golob (SBN 190444)
E-Mail: ngolob@fisherphillips.com
FISHER & PHILLIPS LLP
21600 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 230-4250
Facsimile: (818) 230-4251

Rassa L. Ahmadi (SBN 287576)
E-Mail: rahmadi@fisherphillips.com
Keith R. Rossman (SBN 318189)
E-Mail: krossman@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendants
INTREPID STUDIOS, INC., RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON, and TFE GAMES HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BURDECKI and ZAKARY STRANGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTREPID STUDIOS, INC., STEVEN SHARIF, RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON and TFE GAMES HOLDING, LLC,<br><br>Defendants. | CASE NO.: 3:26-cv-00728-AGS-JLB<br><br>*US District Judge Andrew G. Schopler*<br>*Judge Magistrate Jill L. Burkhardt*<br><br>**DECLARATION OF ROBERT DAWSON IN SUPPORT OF SPECIALLY APPEARING TFE GAMES HOLDINGS, LLC 'S MOTION TO QUASH SERVICE OF SUMMONS AND TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date: December 9, 2026<br>Time: 2:00 pm<br>Courtroom: 5C<br><br>SAC Filed: July 20, 2026<br>Trial Date: None set |

**DECLARATION OF ROBERT DAWSON**

I, ROBERT DAWSON, declare as follows:

1. I am the Member Manager of TFE Games Holdings, LLC ("TFE") a named defendant in this action. I have been the Member Manager of TFE since its formation on December 29, 2025. I am tendering this Declaration in my capacity as the Member Manager of TFE. I have personal knowledge of each fact stated herein.

2. TFE is a Delaware Limited Liability Company which was organized on December 29, 2025.

3. TFE's principal place of business is in Nevada.

4. TFE is not now nor has it ever been registered to do business in the State of California.

5. TFE has never had, employed or maintained any members, directors, managers or employees in the State of California.

6. TFE does not directly conduct any business in the State of California.

7. Rather, during a UCC Article 9 Foreclosure Sale that occurred in Nevada on or about January of 2026, TFE purchased the assets—and not the employees—of Intrepid Studios, Inc. ("Intrepid"), a California company.

8. The intent of TFE once it received access to the assets was to operate out of Nevada but that never occurred.

9. Ultimately, none of the assets TFE purchased were transferred to TFE, and on or about March 4, 2026, the transaction was reversed reverting all the purchased assets back to Intrepid.

10. As a result, the original debtor-creditor relationship between Dawson and Intrepid remains in place and TFE has no part in it.

11. Thus, TFE never operated in or hired or maintained employees in the State of California, and indeed, never operated at all or ever had any employees.

12. No contract, either written or oral, exists between TFE and Intrepid or any of the Plaintiffs in this action.

13. TFE is currently a shell entity with no operations, assets or employees.

14. TFE has not consented and does not consent to the exercise of jurisdiction over it by the courts of the State of California. I make this declaration only as a special appearance on behalf of TFE in support of the motion to dismiss for lack of personal jurisdiction.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 19, 2026

Robert D. Dawson
Robert D. Dawson (Aug 19, 2026 12:12:34 EDT)

ROBERT DAWSON
Member Manager of TFE Games Holding, LLC

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the within action. I am employed with the law offices of Fisher & Phillips LLP and its business address is 21600 Oxnard Street, Suite 700, Woodland Hills, California 91367.

On August 26, 2026, I served the following document entitled **DECLARATION OF ROBERT DAWSON IN SUPPORT OF SPECIALLY APPEARING TFE GAMES HOLDINGS, LLC 'S MOTION TO QUASH SERVICE OF SUMMONS AND TO DISMISS FOR LACK OF PERSONAL JURISDICTION** on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Gail C. Lin<br>RAISNER ROUPINIAN LLP<br>2945 Townsgate Road, Suite 200<br>Westlake Village, California 91361<br>Telephone: (212) 221-1747<br>Facsimile: (212) 221-1747<br>E-Mail: gcl@raisnerroupinian.com | Attorneys for Plaintiffs<br>JACOB BURDECKI and ZAKARY STRANGE, on behalf of themselves and all others similarly situated |
| Jack A. Raisner (pro hac vice forthcoming)<br>René S. Roupinian (pro hac vice forthcoming)<br>RAISNER ROUPINIAN LLP<br>270 Madison Avenue, Suite 1801<br>New York, New York 10016<br>Telephone: (212) 221-1747<br>Facsimile: (212) 221-1747<br>E-Mail: jar@raisnerroupinian.com<br>E-Mail: rsr@raisnerroupinian.com | Attorneys for Plaintiffs<br>JACOB BURDECKI and ZAKARY STRANGE, on behalf of themselves and all others similarly situated |

☐ **[by MAIL]** – I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice the enclosed document(s) will be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by OVERNIGHT DELIVERY]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by FedEx. Under that practice such the enclosed document(s) will be deposited at a facility or pick-up box regularly maintained by FedEx for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **[by PERSONAL SERVICE]** – I caused the enclosed document(s) to be delivered by messenger by hand to the office(s) of the person(s) whose addressee(s) are listed above. The messenger, employed by [ ] at [ ], is over the age of 18 years and not a party to this action.

☐ **[by ELECTRONIC SERVICE]** - Pursuant to an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare that I am employed in the office of a member of the State of California at whose direction the service was made.

Executed on August 26, 2026, at Los Angeles, California.

*/s/ Francine Stinnett*
Francine Stinnett

# Declaration TFE Games Holding ISO Motion to Quash Service of Summon(65854990.1) (002)

Final Audit Report 2026-08-19

| | |
|---|---|
| Created: | 2026-08-19 |
| By: | Myriam Sandoval (msandoval@fisherphillips.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAALiJv2JjV8J4-WHWrSguWdnydOgHWr57V |

## "Declaration TFE Games Holding ISO Motion to Quash Service of Summon(65854990.1) (002)" History

- Document created by Myriam Sandoval (msandoval@fisherphillips.com)
  2026-08-19 - 4:08:48 PM GMT

- Document emailed to robert.d.dawson@outlook.com for signature
  2026-08-19 - 4:09:41 PM GMT

- Email viewed by robert.d.dawson@outlook.com
  2026-08-19 - 4:11:53 PM GMT

- Signer robert.d.dawson@outlook.com entered name at signing as Robert D. Dawson
  2026-08-19 - 4:12:32 PM GMT

- Document e-signed by Robert D. Dawson (robert.d.dawson@outlook.com)
  Signature Date: 2026-08-19 - 4:12:34 PM GMT - Time Source: server - Signature Appearance Selected: MOBILE_TYPE

- Agreement completed.
  2026-08-19 - 4:12:34 PM GMT