| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address): **Raisner Roupinian LLP**<br>**270 Madison Avenue**<br>**New York, NY 10016**<br>TELEPHONE NO.: **212-221-1747 ext:453** FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): **Jacob Burdecki; Et Al.** | | | *FOR COURT USE ONLY* |
|---|---|---|---|
| **United States District Court, Southern District of California**<br>STREET ADDRESS: **333 West Broadway**<br>MAILING ADDRESS: **333 West Broadway**<br>CITY AND ZIP CODE: **San Diego 92101**<br>BRANCH NAME: **United States Courthouse Annex** | | | |
| PLAINTIFF/PETITIONER: **Jacob Burdecki; Et Al.** | | | CASE NUMBER: |
| DEFENDANT/RESPONDENT: **Intrepid Studios, Inc.; Et Al.** | | | |
| **PROOF OF SERVICE** | HEARING DATE/TIME: | HEARING DEPT./DIV.: | Ref. No. or File No.: **Intrepid** |

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
   **Subpoena**

3. a. Party served *(specify name of party as shown on documents served):*
   **Gusto, Inc.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
   **Incorporating Services, Ltd., Registered Agent**

4. Address where the party was served:
   **3500 S. DuPont Highway, Dover, DE 19901**

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **09/08/2026** at *(time):* **12:59 PM**

   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*
   from *(city):* **or** [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: Jacob Burdecki; Et Al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Intrepid Studios, Inc.; Et Al. | |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. **Person who served papers**

a. Name: **Daniel W Dawson**
b. Address: **32 loganberry Ter, Dover, DE 19901**
c. Telephone number: **484-213-6718**
d. The fee for service was: **$ 120.00**
e. I am:

(1) ☒ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☐ registered California process server:

(i) ☐ owner ☐ employee ☐ independent contractor. For:

(ii) ☐ Registration No.: Registration #:

(iii) ☐ County: County:

BY FAX

7. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

8. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 09/08/2026

**Daniel W Dawson**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)