Peter B. Maretz (SBN 144826)
Oswaldo X. Calvachi (SBN 336680)
JACKSON LEWIS P.C.
225 Broadway, Suite 1800
San Diego, California 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
Peter.Maretz@jacksonlewis.com
Oswaldo.Calvachi@jacksonlewis.com

Attorneys for Defendant
STEVEN SHARIF

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BURDECKI and ZAKARY STRANGE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTREPID STUDIOS, INC., STEVEN SHARIF, RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON, and TFE GAMES HOLDING, LLC,<br><br>Defendants. | Case No.: 3:26-cv-00728-AGS-VET<br><br>**DEFENDANT STEVEN SHARIF'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 9(b) AND 12(b)(6)**<br><br>*[Filed concurrently with Memorandum of Points and Authorities, Declaration of Oswaldo X. Calvachi and [Proposed] Order]*<br><br>Hearing Date: December 2, 2026<br>Time: 11:00 a.m.<br>Judge: Andrew G. Schopler<br>Magistrate Judge: Valerie E. Torres<br>Location/Courtroom: 5C<br><br>Complaint filed: February 5, 2026<br>Trial Date: Not Assigned |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 2, 2026 at 11:00 a.m., or as soon thereafter as the matter may be heard in the above referenced court, located at 333 West Broadway, San Diego, CA 92101, in Courtroom 5C, before the Honorable Andrew G. Schopler, United States District Judge, Defendant Steven Sharif ("Mr. Sharif") will and hereby does move this Court for an order dismissing the Second through Seventh Causes of Action of the Second Amended Complaint ("SAC") as against him pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) for failure to state a claim upon which relief can be granted.

This Motion is made on the grounds that:

1. The Second Cause of Action for violation of the California WARN Act (Cal. Labor Code section 1401 et seq.) fails to allege sufficient facts to establish that Mr. Sharif "directly or indirectly owns and operates" a covered establishment as required by the statute;

2. The Third Cause of Action for violation of California Labor Code sections 201, 203, 206, 221, 226, 227.3, and 558.1 fails to allege Mr. Sharif's personal involvement in payroll operations or wage statement preparation;

3. The Fourth Cause of Action for violation of Ohio Revised Code section 4113.15 fails because the statute does not impose individual liability on corporate officers or shareholders;

4. The Fifth Cause of Action for breach of fiduciary duty under ERISA (29 U.S.C. section 1104) fails to allege that Mr. Sharif had discretionary authority or control over plan management, administration, or assets;

5. The Sixth Cause of Action for fraud fails to satisfy the heightened pleading requirements of Federal Rule of Civil Procedure 9(b) and fails to differentiate Mr. Sharif's alleged role in the purported fraudulent scheme; and

///

///

6. The Seventh Cause of Action for conversion and Penal Code section 496 fails to allege that Mr. Sharif exercised personal dominion over any identifiable funds or knowingly received stolen property.

This Motion is further based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Oswaldo X. Calvachi and exhibits attached thereto, all records and pleadings on file in this action, and such other matters as may be presented to the Court at or before the hearing on this Motion.

DATED: September 14, 2026

JACKSON LEWIS P.C.

By:________________________________

Peter B. Maretz
Oswaldo X. Calvachi

Attorney for Defendant
STEVEN SHARIF