Peter B. Maretz (SBN 144826)
Oswaldo X. Calvachi (SBN 336680)
JACKSON LEWIS P.C.
225 Broadway, Suite 1800
San Diego, California 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
Peter.Maretz@jacksonlewis.com
Oswaldo.Calvachi@jacksonlewis.com

Attorneys for Defendant
STEVEN SHARIF

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JACOB BURDECKI and ZAKARY STRANGE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

INTREPID STUDIOS, INC., STEVEN SHARIF, RYAN OGDEN, AARON BARTELS, THERESA FETTE, ROBERT D. DAWSON, and TFE GAMES HOLDING, LLC,

Defendants.

Case No.: 3:26-cv-00728-AGS-VET

**ORDER GRANTING DEFENDANT STEVEN SHARIF'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

*[Filed concurrently with Memorandum of Points and Authorities, Declaration of Oswaldo X. Calvachi and [Proposed] Order]*

Hearing Date: December 2, 2026
Time: 11:00 a.m.
District Judge: Andrew G. Schopler
Magistrate Judge: Valerie E. Torres
Location/Courtroom: 5C

Complaint filed: February 5, 2026
Trial Date: Not Assigned

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On December 2, 2026 at 11:00 a.m., in Courtroom 5C of the above-captioned Court, the motion of Defendant STEVEN SHARIF ("Mr. Sharif") to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion"), came on regularly for hearing, the Honorable Andrew G. Schopler presiding.

After review of all papers and pleadings filed by the parties, after hearing of oral argument, and good cause appearing therefor:

IT IS HEREBY ORDERED that Mr. Sharif's Motion to Dismiss Plaintiffs' Second Amended Complaint is GRANTED.

IT IS FURTHER ORDERED that the following Causes of Action of the Second Amended Complaint are DISMISSED as against Defendant Steven Sharif:

1. The Second Cause of Action for violation of the California WARN Act (Cal. Labor Code section 1401 et seq.);

2. The Third Cause of Action for violation of California Labor Code sections 201, 203, 206, 221, 226, 227.3, and 558.1;

3. The Fourth Cause of Action for violation of Ohio Revised Code section 4113.15;

4. The Fifth Cause of Action for breach of fiduciary duty under ERISA (29 U.S.C. section 1104);

5. The Sixth Cause of Action for fraud; and

6. The Seventh Cause of Action for conversion and Penal Code section 496.

**IT IS SO ORDERED.**

Dated: ____________________

______________________________
Honorable Andrew G. Schopler
United States District Court Judge