| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
| --- | --- |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Telephone No.<br>Peter B. Maretz (SBN 144826) Tel: 619.573.4900<br>Oswaldo X. Calvachi (SBN 336680) Fax: 619.573.4901<br>JACKSON LEWIS P.C.<br>225 Broadway, Suite 1800<br>San Diego, California 92101<br>Peter.Maretz@jacksonlewis.com; Oswaldo.Calvachi@jacksonlewis.com | |
| SHORT CASE TITLE<br>BURDECKI, et al. v. INTREPID STUDIOS, INC., et al. | Judge: Andrew G. Schopler<br>Magistrate Judge: Jill L. Burkhardt |
| ATTORNEYS FOR DEFENDANT(S)<br>STEVEN SHARIF | Case No.:<br>3:26-cv-00728-AGS-JLB |

# PROOF OF SERVICE

I, the undersigned, am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause of action. My business address is 225 Broadway, Suite 1800, San Diego, California 92101. On September 14, 2026, I served the following documents:

**DECLARATION OF OSWALDO X. CALVACHI IN SUPPORT OF DEFENDANT STEVEN SHARIF'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 9(b) AND 12(b)(6)**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 9(b) AND 12(b)(6)**

**DEFENDANT STEVEN SHARIF'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 9(b) AND 12(b)(6)**

**ORDER GRANTING DEFENDANT STEVEN SHARIF'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

***Counsel for Plaintiffs***
Gail C. Lin (SBN 212334)
RAISNER ROUPINIAN LLP
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone: (212) 221-1747
Fax: (212) 221-1747
Email: gcl@raisnerroupinian.com

Jack A. Raisner (*pro hac vice forthcoming)*
René S. Roupinian (*pro hac vice forthcoming)*
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, NY 10016
Telephone: (212) 221-1747
Fax: (212) 221-1747
Email: jar@raisnerroupinian.com
Email: rsr@raisnerroupinian.com
Email: isr@raisnerroupinian.com

☒ **BY NOTICE OF ELECTRONIC FILING**. The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(E).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 14, 2026

*Rihab Fadel*
Rihab Fadel
Rihab.Fadel@jacksonlewis.com